UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| O'NEIL J DARDEN JR | CASE NO.  6:22-CV-01398 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| ROBERT C VINES ET AL | MAGISTRATE JUDGE KAY |

### JUDGMENT

After an independent review of the record, for the reasons stated in the Report and Recommendation ("R&R") of the Magistrate Judge [ECF No. 33], determining that the findings are correct, and having considered Plaintiff's objections thereto,[1]

IT IS ORDERED, ADJUDGED AND DECREED that the Motion to Dismiss filed by Defendants Robert Vines and M. Bofill Duhé [ECF No. 22] is GRANTED pursuant to Fed. R. Civ. P. 12(b)(6), and all claims against Defendants Robert Vines and M. Bofill Duhé are DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 21st day of September, 2023.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

---

[1] *See* Ruling issued in lead case (6:22-cv-404) issued this date.